```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00773-RNO
Matthew Justin Tieperman                                        Chapter 7
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: karendavi            Page 1 of 1            Date Rcvd: Jun 22, 2017
                                Form ID: 318               Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db          +Matthew Justin Tieperman,    1646 Hampden Drive,    York, PA 17408-9300
cr          +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
4889830     +Amy Tieperman,   1646 Hampden Drive,    York, PA 17408-9300
4889834     +Lending Club Corporation,    21 Stevenson,   Suite 300,    San Francisco, CA 94105-2706
4889835     +PNC Bank,   P O Box 3180,    Pittsburgh, PA 15230-3180
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4889831     +EDI: CHASE.COM Jun 22 2017 18:48:00      Chase/Bank One Card Service,    P O Box 15298,
              Wilmington, DE 19850-5298
4889832      EDI: CITICORP.COM Jun 22 2017 18:48:00      Citicards CBNA,   P O Box 6497,
              Sioux Falls, SD 57117-6497
4889833      EDI: CBSKOHLS.COM Jun 22 2017 18:48:00      Kohl's,   P O Box 3115,   Milwaukee, WI 53201-3115
4889836     +E-mail/Text: bankruptcyteam@quickenloans.com Jun 22 2017 18:50:58      Quicken Loans,
              1050 Woodward Avenue,   Detroit, MI 48226-1906
4889838      EDI: RMSC.COM Jun 22 2017 18:48:00      SYNCB/Ashley Home Stores,   P O Box 965036,
              Orlando, FL 32896-5036
4889839      EDI: RMSC.COM Jun 22 2017 18:48:00      SYNCB/Lowes,   P O Box 965005,   Orlando, FL 32896-5005
4889837     +E-mail/Text: specialservicing@sofi.com Jun 22 2017 18:51:03      Sofi Lending Corporation,
              One Letterman Drive,   Building A,    San Francisco, CA 94129-1494
4889840     +EDI: WFFC.COM Jun 22 2017 18:48:00      Wells Fargo,   P O Box 1697,
              Winterville, NC 28590-1697
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Quicken Loans, Inc. bkgroup@kmllawgroup.com
          Larry W. Wolf    on behalf of Debtor Matthew Justin Tieperman ephillips@larrywwolf.com
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Matthew Justin Tieperman** | Social Security number or ITIN | **xxx–xx–7977** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | | |
| Case number:   **1:17–bk–00773–RNO** | | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew Justin Tieperman

**By the court:**

June 22, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: karendavis, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**